| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 2:18CR12 & 2:18CR173 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 21cr10277 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Demone Coleman<br>Boston, MA | Maine | Portland |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John A. Woodcock, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/04/2021 — TO 02/03/2025 |

**OFFENSE**

Docket #: 2:18CR00173 – Counts 1-4: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C)
Docket #: 2:18CR00012 – Count 1: Possession with Intent to Distribute Cocaine Base, 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Maine

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Massachusetts  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 26, 2021
_Date_

/s/John A. Woodcock, Jr.
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Massachusetts

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-15-2021
_Effective Date_

[signature]
_United States District Judge_



# Memorandum

**To:** Honorable F. Dennis Saylor, IV
Chief U.S. District Judge

**From:** Amanda Pawlowski
U.S. Probation Officer

**Date:** September 8, 2021

**Re:** Coleman, Demone
Request of Jurisdiction to D/MA

---

On May 17, 2019, the above-named individual appeared in the District of Maine before The Honorable John A. Woodcock, Jr, after having pled guilty to one count Possession with Intent to Distribute Cocaine Base (2:18CR12) and four counts Distribution of Cocaine Base (2:18CR173), he was sentenced to 60 months imprisonment for counts 1-4 of Docket No. 2:18CR173 and Count 1 of Docket No. 18CR12 to be served concurrently, followed by 3 years on Supervised Release for counts 1-4 for Docket No. 2:18CR173 and 4 years of supervised release for case No. 2:18CR12 to be served concurrently. Mr. Coleman commenced his term of supervised release in the District of Massachusetts on February 4, 2021.

As Mr. Coleman resides in and is being supervised by the District of Massachusetts, we are recommending that jurisdiction of this case be transferred from the District of Maine to the District of Massachusetts.

If Your Honor concurs with the above, please execute the attached Probation Form 22, and return two of the executed originals to this office with a newly assigned Docket Number.

Thank you for your attention in this matter.